## Burroughs et vir, Appellants, *v.* Allegheny County Port Authority.

Argued November 12, 1973. *James L. Weisman,* with him *Thomas A. Trimm,* and *Friedman, Friedman & Weisman,* for appellants; *Leo Daniels,* for appellee.

Order affirmed.

SPAULDING, J., absent.

## Ciarimboli *v.* Walworth Company, Appellant.

Argued November 12, 1973. *P. Costello,* with him *Alan K. Berk, Patrick R. Riley,* and *Costello & Berk,* for appellant; *Thomas J. Godlewski,* with him *O'Connell, Silvis & Godlewski,* for appellee.

Decree and judgment affirmed.

SPAULDING, J., absent.

## Coffey, Appellant, *v.* Radio Corporation of America.

Argued November 15, 1973. *James H. Joseph,* for appellant; *J. Vincent Burke, Jr.,* with him *Campbell, Thomas and Burke,* for appellee.

Order affirmed.

SPAULDING, J., absent.